## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **WILLIE L. CARTER, B06938,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 24-cv-1766-DWD** |
| | ) | |
| **MADISON CNTY. CIRCUIT COURT,** | ) | |
| **MS. KYLE NAPP,** | ) | |
| **MORGAN HUDSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>MEMORANDUM AND ORDER</u>

**DUGAN, District Judge:**

Pursuant to 28 U.S.C. § 455, the undersigned judge hereby **RECUSES** himself from further proceedings in the above-captioned matter. The Clerk of Court has reassigned this case to United States District Judge Stephen P. McGlynn.  All future documents shall be labeled: 24-cv-1766-**SPM**.

**IT IS SO ORDERED.**

Dated: September 19, 2024

_____
DAVID W. DUGAN
United States District Judge